JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Oscar Cintrón, on behalf of himself and all others similarly situated in the Commonwealth of Puerto Rico

## DEFENDANTS
AU OPTRONICS CORP., et. als

**(b)** County of Residence of First Listed Plaintiff __Puerto Rico__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
José R. González Nogueras
Jiménez, Graffam & Lausell
P.O. Box 366104, San Juan, PR 00936-6104

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☒ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influence and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Students Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 370 Other Fraud | **LABOR** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 892 Economic Stabilization Act |
| | **PERSONAL INJURY** | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | ☐ 362 Personal Injury— Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 365 Personal Injury — Product Liability | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 441 Voting | **SOCIAL SECURITY** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | | ☐ 442 Employment | ☐ 861 HIA (1395ff) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 443 Housing/ Accommodations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | | ☐ 444 Welfare | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 290 All Other Real Property | | ☐ 440 Other Civil Rights | ☐ 864 SSID Title XVI | |
| | | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | |
| | | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | |
| | | Habeas Corpus: | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | ☐ 530 General | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | |
| | | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☒ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. 26    15 U.S.C. 1
P R Laws Ann. Tit. 31 §5141 -    P R Laws Ann. Tit. 10 §257, et, seq.

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** $5,000,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

**DATE** 3/07/2007

**SIGNATURE OF ATTORNEY OF RECORD** José R. González Nogueras

---

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**CATEGORY SHEET**

1. Title of Case (Name of first party on each side only:)

   Oscar Cintrón, on behalf of himself and all others similarly situated in the Commonwealth of Puerto Rico

2. Category in which case belongs: (**See Local Rules**)

   | | |
   |---|---|
   | __x__ | ORDINARY CIVIL CASE |
   | _____ | SOCIAL SECURITY |
   | _____ | BANK CASE |
   | _____ | INJUNCTION |

3. Title and number, if any, or related cases (**See Local Rules**)

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?

   [ ] YES       [ x ] NO

5. In this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 USC 2284?

   [ ] YES       [ x ] NO

6. Does this case question the constitutionality of a state statute (**FRCP 24**)?

   [ ] YES       [ x ] NO

(Please print)

USDC ATTORNEY'S ID NO.        USDC-PR 214003

ATTORNEY'S NAME:              José R. González Nogueras
MAILING ADDRESS:
                              PO Box 366104

                              San Juan, PR       ZIP CODE   00936-6104

TELEPHONE NO.                 787-767-1030   /   FAX 787-751-4068

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## CURRENT ADDRESS NOTICE

PLEASE INCLUDE THIS NOTICE WITH THE FILING OF YOUR CIVIL COVER SHEET AND COMPLAINT. YOU HAVE AN ONGOING RESPONSIBILITY TO KEEP THE COURT INFORMED OF YOUR CURRENT ADDRESS.

NOTICES MAY NOT BE RECEIVED IF YOU DO NOT COMPLY WITH THIS REQUEST.

NAME OF ATTORNEY:
**JOSE R. GONZALEZ NOGUERAS**

(Last Name, First Name, Initial)

OFFICE ADDRESS:

JIMÉNEZ, GRAFFAM & LAUSELL
MIDTOWN BUILDING, SUITE 505
#421 MUÑOZ RIVERA AVENUE
HATO REY, PR 00918

TELEPHONE NO. 787-767-1030   FAX NO. 787-751-4068

MAILING ADDRESS:

JIMÉNEZ, GRAFFAM & LAUSELL
PO BOX 366104
SAN JUAN, PR 00936-6104

USDC NO. 214003