# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:      [202] 502-2888

http://www.jpml.uscourts.gov

May 11, 2007

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1827 -- In re TFT-LCD (Flat Panel) Antitrust Litigation

(See Attached CTO-1)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 25, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc:   Transferee Judge:    Judge Susan Yvonne Illston
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**APR 2 5 2007**

FILED
CLERK'S OFFICE

## *DOCKET NO. 1827*

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-1)*

On April 17, 2007, the Panel transferred seven civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ____F.Supp.2d____ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Susan Yvonne Illston.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Illston.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 17, 2007, and, with the consent of that court, assigned to the Honorable Susan Yvonne Illston.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

| |
|---|
| **Inasmuch as no objection is pending at this time, the stay is lifted.** |
| **MAY 1 1 2007** |
| **CLERK'S OFFICE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE OF ACTIONS (CTO-1)
## DOCKET NO. 1827
## IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE  4    07-43 | Robert S. Harmon v. LG Philips LCD Co., Ltd., et al. |
| **ARIZONA** | |
| AZ    2    07-549 | Timothy J. Lauricella v. AU Optronics Corp., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2    07-1283 | Wendy Williams v. Sharp Corp., et al. |
| CAC 2    07-1500 | George Mays v. LG Philips LCD Co., Ltd., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3    07-312 | Susan Selfridge, et al. v. LG Philips LCD Co., Ltd., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC    1    07-276 | Timothy R. Gregory, et al. v. LG Philips LCD Co., Ltd., et al. |
| DC    1    07-424 | Gail Feser v. AU Optronics Corp., et al. |
| DC    1    07-438 | Rebecca Bly v. LG Philips LCD Co., Ltd., et al. |
| **FLORIDA SOUTHERN** | |
| FLS  0    07-60289 | Scott Eisler v. AU Optronics Corp., et al. |
| FLS  0    07-60323 | Mauricio DeFrancisco v. AU Optronics Corp., et al. |
| FLS  9    07-80171 | Robin Feins, et al. v. LG Philips LCD Co., Ltd., et al. |
| **HAWAII** | |
| HI    1    07-122 | Sealed v. Sealed |
| **IOWA SOUTHERN** | |
| IAS  4    07-96 | Benjamin G. Northway v. AU Optronics Corp., et al. |
| **IDAHO** | |
| ID    1    07-115 | Miles H. Humphrey v. AU Optronics Corp., et al. |
| **KANSAS** | |
| KS    2    07-2088 | Peter Coyle v. AU Optronics Corp., et al. |
| KS    2    07-2107 | Kou Srimounghchanh v. LG Philips LCD Co., Ltd., et al. |
| KS    5    07-4033 | James T. Watson v. AU Optronics Corp., et al. |
| KS    5    07-4034 | R. Rex Getz v. LG Philips LCD Co., Ltd., et al. |
| **MASSACHUSETTS** | |
| MA  1    07-10457 | Christopher Murphy v. LG Philips LCD Co., Ltd., et al. |
| **MAINE** | |
| ME  1    07-33 | Patricia Ronco v. AU Optronics Corp., et al. |
| **MICHIGAN EASTERN** | |
| MIE 2    07-10613 | Judith Griffith v. AU Optronics Corp., et al. |
| MIE 2    07-10971 | Colette M. Dahm v. LG Philips LCD Co., Ltd., et al. |
| MIE 2    07-11529 | Ling-Hung Jou v. AU Optronics Corp., et al. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**MINNESOTA**
MN 0 07-480    Jeffrey Larson v. LG Philips LCD Co., Ltd., et al.
MN 0 07-1154    Al Gober v. LG Philips LCD Co., Ltd., et al.
MN 0 07-1155    Kari J. Nehring v. LG Philips LCD Co., Ltd., et al.
MN 0 07-1393    Christopher C. Rywelski v. AU Optronics Corp., et al.
MN 0 07-1425    Martha Mulvey v. AU Optronics Corp., et al.

**MISSISSIPPI NORTHERN**
MSN 3 07-28    Tammy Long v. AU Optronics Corp., et al.

**MONTANA**
MT 1 07-32    John Pulasky v. AU Optronics Corp., et al.

**NORTH CAROLINA MIDDLE**
NCM 1 07-167    Lynne M. Holtkamp v. AU Optronics Corp., et al.

**NORTH CAROLINA WESTERN**
NCW 3 07-43    Donna Jeanne Flanagan v. AU Optronics Corp., et al.

**NORTH DAKOTA**
ND 3 07-22    Robert George v. LG Philips LCD Co., Ltd., et al.

**NEW JERSEY**
NJ 2 07-287    Ajax Philadelphia, Inc. v. Sharp Corp., et al.
NJ 2 07-963    Custom Audio Video v. Sharp Electronics Corp., et al.

**NEW MEXICO**
NM 1 07-218    Marcia Weingarten, et al. v. AU Optronics Corp., et al.
NM 2 07-220    Rosemary Valdez v. AU Optronics Corp., et al.
NM 6 07-235    Walden Minoli, et al. v. LG Philips LCD Co., Ltd., et al.

**NEVADA**
NV 2 07-220    Timothy J. Purdy v. LG Philips LCD Co., Ltd., et al.
NV 2 07-296    Richard Granich v. LG Philips LCD Co., Ltd., et al.
NV 2 07-306    Allen Kelley v. AU Optronics Corp., et al.

**NEW YORK SOUTHERN**
NYS 1 06-15212    Robert Schuyler Watson v. LG Philips LCD Co., Ltd., et al.
NYS 1 06-15342    Tom DiMatteo v. LG Philips LCD Co., Ltd., et al.
NYS 1 06-15391    Steven Nakash v. LG Philips LCD Co., Ltd., et al.
NYS 1 06-15417    CMP Consulting Services, Inc. v. LG Philips LCD Co., Ltd., et al.
NYS 1 07-198    Jose Juan v. AU Optronics Corp., et al.
NYS 1 07-351    Ryan J. Bierling v. LG Philips LCD Co., Ltd., et al.
NYS 1 07-653    Diplomat Merchandise Corp. v. LG Philips LCD Co., Ltd., et al.

**PENNSYLVANIA MIDDLE**
PAM 4 07-440    Jeffrey L. Walters v. AU Optronics Corp., et al.

**PUERTO RICO**
PR 3 07-1198    Oscar Cintron v. AU Optronics Corp., et al.
PR 3 07-1199    IMCA, Inc. v. AU Optronics Corp., et al.

**SOUTH CAROLINA**
SC 2 07-780    Caman Pellitteri, et al. v. LG Philips LCD Co., Ltd., et al.
SC 2 07-781    Lynn Sweatman v. LG Philips LCD Co., Ltd., et al.
SC 3 07-533    Lee R. Chamberlain v. LG Philips LCD Co., Ltd., et al.

SCHEDULE OF ACTIONS (CTO-1) - MDL NO. 1827

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **SOUTH DAKOTA** | |
| SD  4   07-4033 | Chad Hansen v. LG Philips LCD Co., Ltd., et al. |
| SD  5   07-5013 | Cristopher Bessette v. AU Optronics Corp., et al. |
| **TENNESSEE EASTERN** | |
| TNE  2   07-65 | Tabbatha Benson, et al. v. LG Philips LCD Co., Ltd, et al. |
| **TENNESSEE MIDDLE** | |
| TNM  3   07-282 | Kathleen C. Davis v. LG Philips LCD Co., Ltd., et al. |
| **TENNESSEE WESTERN** | |
| TNW  2   07-2165 | Scott Beall v. AU Optronics Corp., et al. |
| **VIRGINIA EASTERN** | |
| VAE  3   07-108 | Shawn Stern v. AU Optronics Corp., et al. |
| **VERMONT** | |
| VT   2   07-39 | Allen Nassiff v. LG Philips LCD Co., Ltd., et al. |
| **WASHINGTON WESTERN** | |
| WAW  2   07-39 | Home Technologies Bellevue LLC v. LG Philips LCD Co., Ltd., et al. |
| **WISCONSIN EASTERN** | |
| WIE  2   07-151 | Toomas P. Mitt v. LG Philips LCD Co., Ltd., et al. |
| **WISCONSIN WESTERN** | |
| WIW  3   07-56 | Jai Paguirigan, et al. v. AU Optronics Corp., et al. |
| WIW  3   07-80 | Joseph Kovacevich v. LG Philips LCD Co., Ltd., et al. |
| **WEST VIRGINIA NORTHERN** | |
| WVN  3   07-26 | Tara Perry v. AU Optronics Corp., et al. |
| WVN  5   07-15 | John Martich v. AU Optronics Corp., et al. |

# INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1827
## IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

G. Mark Albright
Albright, Stoddard, Warnick &
Palmer, P.C.
801 South Rancho Drive
Quail Park I, Building D-4
Las Vegas, NV 89106

Scott Ames
Serratore & Ames
9595 Wilshire Blvd., Suite 201
Los Angeles, CA 90212

Steven A. Asher
Weinstein, Kitchenoff & Asher, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Gordon Ball
Ball & Scott
550 Main Avenue
Bank of America, Suite 601
Knoxville, TN 37902-2567

Michael L. Belancio
Bower Belancio, LLC
800 W. 47th Street, Suite 215
Kansas City, MO 64112

Stephen D. Bell
Dorsey & Whitney LLP
370 17th Street
Republic Plaza Building, Suite 4700
Denver, CO 80202-5647

Natalie F. Bennett
Shepherd, Finkelman, Miller & Shah,
LLC
35 East State Street
Media, PA 19063

Steven N. Berk
Chavez & Gertler, LLP
1225 15th Street, N.W.
Washington, DC 20005

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

David Boies, III
Straus & Boies, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030

Peter E. Boivin
Honigman Miller Schwartz & Cohn
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Albert J. Boro, Jr.
Pillsbury, Winthrop, Shaw &
Pittman, LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94105-2228

C. Dewey Branstetter, Jr.
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue, North, 4th Floor
Nashville, TN 37201

Thomas H. Brill
Law Office of Thomas H. Brill
6552 Sagamore Road
Mission Hills, KS 66208-3112

W. Joseph Bruckner
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179

Walter Henry Bundym, Jr.
Smith Bundy Bybee & Barnett
P.O. Box 1542
Mt. Pleasant, SC 29464

Rebecca Malkin Carr
Pillsbury, Winthrop, Shaw & Pittman, LLP
2300 N. Street, NW
Washington, DC 20037

Bryan L. Clobes
Cafferty Faucher, LLP
1717 Arch Stree, 36th Floor
Philadelphia, PA 19103

Richard L. Coffman
Coffman Law Firm
1240 Orleans Street, Suite 200
Beaumont, TX 77701

Darin M. Conklin
Alderson, Alderson, Weiler, Conklin, et al.
2101 S.W. 21st Street
P.O. Box 237
Topeka, KS 66601

Gail Y. Cosgrove
Hisaka, Stone, Goto, Yoshisa,
Cosgrove & Ching
Grosvenor Center
Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, HI 96813

Daniel D'Angelo
Gilman & Pastor, L.L.P.
225 Franklin Stret, 16th Floor
Boston, MA 02110

Douglas P. Dehler
Shepherd, Finkelman, Miller &
Shah, LLC
111 E. Wisconsin Ave., Suite 1750
Milwaukee, WI 53202

Issac L. Diel
Sharp McQueen, P.A.
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Angela K. Drake
Lowther, Johnson, LLC
901 St. Louis Street20th Floor
Springfield, MO 65806

Angela Ellen Dralle
Dorsey & Whitney LLP
801 Grand Avenue, Suite 3900
Des Moines, IA 50309

Darrell S. Dudzik
Hinshaw & Culbertson LLP
3200 N. Central Ave, Suite 800
Phoenix, AZ 85012

Christopher G. Emch
Foster Pepper
1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299

John G. Emerson
Emerson Poynter, LLP
830 Apollo Lane
Houston, TX 77058

Gregg Vance Fallick
Albuquerque Plaza, Suite 1560
201 3rd Street, NW
Albuquerque, NM 87102

INVOLVED COUNSEL LIST (CTO-1) MDL-1827

John G. Felder, Jr.
McGowan, Hood & Felder, LLC
1405 Calhoun Street
Columbia, SC 29201

M. Eric Frankovitch
Frankovitch, Anetakis, Colantonio &
Simon
337 Penco Road
Weirton, WV 26062

Andrew S. Friedman
Bonnett, Fairbourn, Friedman &
Balint, P.C.
2901 North Central Ave., Suite 1000
Phoenix, AZ 85012-3311

Matthew L. Garcia
Freedman, Boyd, Daniels, et al.
20 First Plaza, Suite 700
Albuquerque, NM 87102

Barton C. Gernander
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 500
Eden Prairie, MN 55344

Jose R. Gonzalez-Nogueras
Jimenez, Graffam & Lausell
PO Box 366104
San Juan, PR 00936-6104

Robert J. Gralewski
Gergosian & Gralewski, LLP
550 West C. Street, #1600
San Diego, CA 92101

Steven E. Grubb
Goldberg, Katzman & Shipman, P.C.
Strawberry Square
320 Market Street
P.O. Box 1268
Harrisburg, PA 17108-1268

Daniel E. Gustafson
Gustafson Gluek PLLC
650 Northstore East
608 Second Avenue, South
Minneapolis, MN 55402

Debbie W. Harden
Womble, Carlyle, Sandridge & Rice
301 South College Street
3300 One First Union Center
Charlotte, NC 28202

Christopher G. Hill
Meyer Goergen & Marrs, PC
7130 Glen Forest Drive, Suite 305
Richmond, VA 23226

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

Michael S. Jahner
Yenson, Lynn, Allen & Wosick, PC
4908 Alameda Boulevard, NE
Albuquerque, NM 87113

Glenn Carl James-Hernandez
James Law Offices
PMB 501, 1353 Rd. 19
Guaynabo, PR 00966-2700

Christopher D. Jennings
Emerson Poynter, LLP
The Museum Center,. Suite 305
500 President Clinton Avenue
Little Rock, AR 72201

Cory M. Jones
Royal, Jones, Dunkly & Wilson
2920 North Green Valley Parkway
Henderson, NV 89014

M. Samuel Jones, III
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

Thomas Kershaw, Jr.
P.O. Box 2497
Twin Falls, ID 83303-2497

Richard J. Kilsheimer
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Soye Kim
Guerrieri, Edmond, Clayman & Bartos, PC
1625 Mass. Ave., NW Suite 700
Washington, DC 20036

Mary Gilmore Kirkpatrick
Kirkpatrick & Goldsborough, PLLC
1233 Shelburne Road, Suite E-1
South Burlington, VT 05403

David E. Kovel
Kirby, McInerney & Squire, L.L.P.
830 Third Avenue, 10th Floor
New York, NY 10022

Douglass A. Kreis
Aylstock, Witkin & Sasser, PLC
4400 Bayou Boulevard, Suite 58
Pensacola, FL 32503-1909

Susan Lacava
Susan Lacava, S.C.
23 N. Pinckney Street, Suite 300
Madison, WI 53703

Samuel W. Lanham, Jr.
Cuddy & Lanham
470 Evergreen Woods
Bangor, ME 04401

Justin E. Lavan
Lamarca & Landry P.C.
1820 NW 118th Street, Suite 200
Des Moines, IA 50325

Greg A. Lewen
Miller, Schwartz & Miller
2435 Hollywood Boulevard
Hollywood, FL 33020-1259

Jordan M. Lewis
Siegel, Brill, Greupner, Duffy &
Foster, PA
1300 Washington Square
100 Washington Ave. South
Minneapolis, MN 55401

Wallace K. Lightsey
Wyche, Burgess, Freeman &
Parham, P.A.
44 East Camperdown Way
P.O. Box 728
Greenville, SC 29602-0728

Michael A. Lindsay
Dorsey & Whitney LLP
50 S. 6th Street, Suite 1500
Minneapolis, MN 55402-1498

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth AvenueFloor 58
New York, NY 10110

Max S. Main
Bennett, Main & Gubbrud, P.C.
618 State Street
Belle Fourche, SD 57717-1489

Kristen J. McAhren
Howrey, Simon, Arnold & White, LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

Zachary L. McCormick
Modrall, Sperling, Roehl, Harris &
Sisk, P.A.
500 Fourth Street, N.W., Suite 1000
P.O. Box 2168
Albuquerque, NM 87103-2168

Chad A. McGowan
McGowan, Hood & Felder, LLC
1539 Healthcare Drive
Rock Hill, SC 29732

Gregory S. Mertz
Mertz, Talbott & Simonds, PLC.
126 College Street, Suite 305
Burlington, VT 05402

Michael S. Montgomery
Montgomery, Goff & Bullis
P.O. Box 9199
Fargo, ND 58106

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Andrew A. Nickelhoff
Sachs, Waldman
1000 Farmer Street
Detroit, MI 48226

Lawrence Dumzo Nwajei
Law Offices of Nwajei & Co.
4221 Wilshire Boulevard, Suite 392
Los Angeles, CA 90010

Kevin J. O'Connor
LaFollette, Godfrey & Kahn
One East Main Street
P.O. Box 2719
Madison, WI 53701-2719

Rodney C. Olsen
Morrison, Frost, Olsen & Irvine, LLP
323 Poyntz, Suite 204
Manhattan, KS 66502

Ian Otto
Straus & Boies, LLP
4041 University Drive, Fifth Floor
Fairfax, VA 22030

George Lovell Paul
White & Case, LLP
601 Thirteenth Street, N.W.
Washington, DC 20005-3807

Bernard Persky
Labaton, Sucharow & Rudoff & L.L.P.
100 Park Avenue, 12th Floor
New York, NY 10017-5563

Eric J. Pickar
Bangs, McCullen, Butler, Foye &
Simmons
P.O. Box 2670
Rapid City, SD 57709

William L. Rikard, Jr.
Parker, Poe, Adams & Bernstein
401 S. Tryon Street, Suite 3000
Charlotte, NC 28202-1935

Kent M. Roger
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

James J. Rosemergy
Carey & Danis, L.L.C.
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105

Gregory L. Russell
Peterson, Russell, Kelly PLLC
10900 NE 4th Street, Suite 870
Bellevue, WA 98004-5841

Clint L. Sargent
Danforth, Meierhenry & Meierhenry
315 South Phillips Avenue
Sioux Falls, SD 57104

Mark Schirmer
Straus & Boies, LLP
1661 International Place Drive, Suite 400
Memphis, TN 38120

Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

James M. Simpson, Jr.
Friday, Eldredge & Clark, LLP
First Commercial Bldg., Sutie 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

Andrew C. Skinner
Nichols & Skinner, LC
P.O. Box 487
Charles Town, WV 25414

Donna F. Solen
Mason Law Firm, P.C.
1225 19th Street, NW, Suite 500
Washington, DC 20036

Adam Stein
Ferguson, Stein, Wallas & Adkins
312 W. Franklin Street, Suite 2
Chapel Hill, NC 27516

Dennis J. Stewart
Hulett, Harper, Stewart, LLP
550 West C Street, Suite 1600
San Diego, CA 92101

Michael L. Stoker
Johns, Flaherty & Rice, S.C.
205 Fifth Avenue South, Suite 600
P.O. Box 1626
La Crosse, WI 54602

William M. Sweetnam
Freed & Weiss, LLC
111 West Washington Street, Suite
1331
Chicago, IL 60602

William J. Taylor
Taylor & Taylor
1801 Market Street
Ten Penn Center Plaza, Suite 811
Philadelphia, PA 19103

Jason J. Thompson
J. Thompson & Associates PLC.
26000 W. 12th Mile Road
Southfield, MI 48034

Grady F. Tollison, Jr.
Tollison, Austin & Twiford
P.O. Box 1216
103 N. Lamar Avenue
Oxford, MS 38655-1216

Thomas E. Towe
Towe, Ball, Enright, Mackey &
Sommerfeld
2525 6th Avenue, North
P.O. Box 30457
Billings, MT 59101-0457

Kenneth G. Walsh
Straus & Boies, LLP
2 Depot Plaza, 2nd Floor
Bedford Hills, NY 10507

George O. West, III
Law Officies of George O. West, III
6787 West Tropicana Avenue, Suite 215
Las Vegas, NV 89103

Edward J. Westlow
Durrette Bradshaw, PLC
600 East Main Street, 20th Floor
Richmond, VA 23219-6900

Kenneth A. Wexler
Wexler Toriseva Wallace, LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602

S. Thomas Wienner
Weinner, Gould
950 West University Drive, Suite 350
Rochester, MI 48307

Christine A. Williams
Durrette Bradshaw, PLC
600 East Main Street, 20th Floor
Richmond, VA 23219-2430

Marc A. Wites
Wites & Kapetan, PA
4400 North Federal Highway
Lighthouse Point, FL 33064

James F. Wyatt, III
Wyatt & Blake, LLP
435 East Morehead Street
Charlotte, NC 28202-2609

Douglas Young
Wilson Young
One Woodward Avenue, Suite 2000
Detroit, MI 48226

# INVOLVED JUDGES LIST (CTO-1)
## DOCKET NO. 1827
## IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

Hon. Susan Webber Wright
U.S. District Judge
522 Richard Sheppard Arnold U.S.
Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. H. Russel Holland
Senior U.S. District Judge
Federal Bldg. & U.S. Courthouse
222 West 7th Ave., Box 54
Anchorage, AK 99513

Hon. Audrey B. Collins
U.S. District Judge
670 Edward R. Roybal Fed. Bldg. &
Courthouse
255 East Temple Street
Los Angeles, CA 90012-3332

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Larry Alan Burns
U.S. District Judge
1165 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. John D. Bates
U.S. District Judge
4114 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Hon. Rosemary M. Collyer
U.S. District Judge
E. Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Hon. Reggie B. Walton
U.S. District Judge
2428 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Fed. Bldg. & U.S
Courthouse
701 Clematis Street
W. Palm Beach, FL 33401

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Fed. Bldg. & U.S
Courthouse
701 Clematis Street
W. Palm Beach, FL 33401

Hon. Helen W. Gillmor
Chief Judge, U.S. District Court
C-400 Prince Kuhio Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. John A. Jarvey
U.S Magistrate Judge
United States District Court
211 Fed. Bldg. & U.S. Courthouse
101 First Street, SE
Cedar Rapids, IA 52401-1202

Hon. Mikel H. Williams
U.S. Magistrate Judge
Fed. Bldg. & U.S. Courthouse, MSC 040
550 West Fort Street
Boise, ID 83724

Hon. J. Thomas Marten
U.S. District Judge
232 U.S. Courthouse
401 North Market St.
Wichita, KS 67202

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Julie A. Robinson
U.S. District Judge
405 United States Courthouse
444 Southeast Quincy Street
Topeka, KS 66683

Hon. Richard G. Stearns
U.S. District Judge
7130 John Joseph Moakley U.S.
Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. John A. Woodcock, Jr.
U.S. District Judge
P.O. Box 756
202 Harlow Street
Bangor, ME 04402

Hon. Bernard A. Friedman
Chief Judge, U.S. District Court
100 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Gerald E. Rosen
U.S. District Judge
730 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. George C. Steeh, III
U.S. District Judge
238 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Michael James Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

INVOLVED JUDGES LIST (CTO-1) MDL NO. 1827

Hon. Richard F. Cebull
U.S. District Judge
James F. Batin U.S. Courthouse
316 North 26th Street
Billings, MT 59101

Hon. James A. Beaty, Jr.
Chief Judge, U.S. District Court
248 Hiram H. Ward Federal Building
251 N. Main Street
Winston-Salem, NC 27101

Hon. David Keesler
U.S. Magistrate Judge
168 Charles R. Jonas Federal Bldg.
401 West Trade Street
Charlotte, NC 28202

Hon. Rodney S. Webb
Senior U.S. District Judge
410 Quentin N. Burdick U.S.
Courthouse
655 1st Ave., North
Fargo, ND 58102

Hon. Stanley R. Chesler
U.S. District Judge
417 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. James A. Parker
Senior U.S. District Judge
P.O. Box 669
Albuquerque, NM 87103

Hon. Robert Brack
U.S. District Judge
U.S. District Court Federal Bldg.
200 East Griggs Avenue
Las Cruces, NM 88011

Hon. Martha Vazquez
Chief Judge, U.S. District Court
P.O. Box 2710
Santa Fe, NM 87501-2710

Hon. Lloyd D. George
Senior U.S. District Judge
6073 Lloyd D. George U.S.
Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. Roger L. Hunt
Chief Judge, U.S. District Court
6018 Lloyd D. George U.S.
Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Hon. Philip M. Pro
U.S. District Judge
7015 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101-7065

Hon. Barbara S. Jones
U.S. District Judge
620 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1581

Hon. John G. Koeltl
U.S. District Judge
1030 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. John E. Jones, III
U.S. District Judge
240 West Third Street, Suite 406
Williamsport, PA 17701

Hon. Carmen C. Cerezo
U.S. District Judge
C-131 Clemente Ruiz Nazario U.S. Courthouse
150 Carlos Chardon Ave.
San Juan, PR 00918

Hon. Jaime Pieras, Jr.
Senior U.S. District Judge
Jose V. Toledo Cthse & P.O. Bldg
300 Recinto Sur Street, Suite 353
San Juan, PR 00901

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

Hon. Karen E. Schreier
Chief Judge, U.S. District Court
United States District Court
515 Ninth Street, Room 318
Rapid City, SD 57701

Hon. Karen E. Schreier
Chief Judge, U.S. District Court
United States District Court
515 Ninth Street, Room 318
Rapid City, SD 57701

Hon. J. Ronnie Greer
U.S. District Judge
405 James H. Quillen U.S. Courthouse
220 West Depot Street
Greeneville, TN 37743

Hon. Robert L. Echols
U.S. District Judge
A-824 Estes Kefauver Fed. Bldg. & U.S.
Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Jon P. McCalla
U.S. District Judge
907 Clifford Davis Federal Bldg.
167 Federal Building
Memphis, TN 38103

Hon. Henry E. Hudson
U.S. District Judge
U.S. District Court
112 Lewis F. Powell, Jr. U.S. Courthouse
1000 East Main Street
Richmond, VA 23219

Hon. William K. Sessions, III
Chief Judge, U.S. District Court
P.O. Box 928
Burlington, VT 05402

Hon. James L. Robart
U.S. District Judge
14134 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. J.P. Stadtmueller
U.S. District Judge
471 U.S. Courthouse & Federal Bldg.
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. Barbara B. Crabb
Chief Judge, U.S. District Court
United States District Court
P.O. Box 591
Madison, WI 53701-0591

Hon. John P. Bailey
U.S. District Judge
United States District Court
P.O.Box 551
Wheeling, WV 26003-8700

Hon. Frederick P. Stamp, Jr.
Senior U.S. District Judge
P.O. Box 791
Federal Building
1125 Chapline Street
Wheeling, WV 26003-0100

# INVOLVED CLERKS LIST (CTO-1)
## DOCKET NO. 1827
## IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S.
Courthouse , SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Fed. Bldg.
880 Front Street
San Diego, CA 92101-8900

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S.
Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Sue Beitia, Clerk
C-338 Prince Kuhio Fed. Bldg.
300 Ala Monan Boulevard
Honolulu, HI 96850

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse
MSC 039
550 West Fort Street
Boise, ID 83724

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Ralph L. DeLoach, Clerk
490 Frank Carlson Fed. Bldg.
& U.S. Courthouse
444 S.E. Quincy Street
Topeka, KS 66683

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

William S. Brownell, Clerk
P.O. Box 1007
Bangor, ME 04402

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

David Crews, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Patrick E. Duffy, Clerk
5405 Federal Building
316 North 26th Street
Billings, MT 59101

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Frank G. Johns, Clerk
210 Charles R. Jonas Fed. Bldg.
401 West Trade Street
Charlotte, NC 28202

Edward J. Klecker, Clerk
130 Quentin N. Burdick U.S.
Courthouse
655 First Avenue North
Fargo, ND 58107

William T. Walsh, Clerk
Martin Luther King, Jr. Fed. Bldg. &
U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert M. March, Clerk
C-309 Federal Building
200 East Griggs Avenue
Las Cruces, NM 88001

Robert M. March, Clerk
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007-1312

Mary E. D'Andrea, Clerk
U.S. District Court
240 West 3rd Street, Suite 218
Williamsport, PA 17701-0608

Frances Rios de Moran, Clerk
150 Federico Degetau Fed. Bldg.
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1767

INVOLVED CLERKS LIST (CTO-1) MDL NO. 1827

Larry W. Propes, Clerk
P.O. Box 835
Charleston, SC 29402-9835

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Joseph A. Haas, Clerk
128 United States Courthosue
400 South Phillips Avenue
Sioux Falls, SD 57102

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57709

Patricia L. McNutt, Clerk
U.S. Courthouse
220 West Depot Street, Suite 200
Greeneville, TN 37743

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Thomas M. Gould, Clerk
242 Clifford Davis Fed. Bldg.
167 North Main Street
Memphis, TN 38103

Fernando Galindo, Acting Clerk
307 Lewis F. Powell, Jr. U.S.
Courthouse
1000 East Main Street
Richmond, VA 23219-3525

Richard P. Wasko, Clerk
P.O. Box 945
Burlington, VT 05402

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Federal
Bldg.
517 East Wisconsin Avenue
Milwaukee, WI 53202

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432

Wally A. Edgell, Clerk
P.O. Box 2958
255 W. King Street
Martinsburg, WV 25401

Wally A. Edgell, Clerk
P.O. Box 471
Wheeling, WV 26003-0060