JUDGE

# United States District Court
## District of Puerto Rico (San Juan)
### CIVIL DOCKET FOR CASE #: 3:07-cv-01198-JP
### Internal Use Only

Cintron v. AU Optronics Corp. et al
Assigned to: Judge Jaime Pieras, Jr
Demand: $5,000,000
Related Cases: MDL-1827
                 MDL-1827
Cause: 15:1 Antitrust Litigation

Date Filed: 03/07/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Oscar Cintron**    represented by **Jose R. Gonzalez-Nogueras**
Jimenez, Graffam & Lausell
PO Box 366104
San Juan, PR 00936-6104
787-767-1030
Fax: 787-751-4068
Email: usdccases@jgl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**AU Optronics Corp.**

**Defendant**
**AU Optronics Corp. America**

**Defendant**
**Chi Mei Optoelectronics Co., LTD**

**Defendant**
**Chi MeiOptoelectronics USA, Inc.**

**Defendant**
**Chunghwa Picture Tubes, LTD.**

**Defendant**
**Fujitsu Limited, Inc.**

**Defendant**
**Fujitsu America, Inc.**

**Defendant**

Hannstar Display Corporation

**Defendant**

Hitachi, LTD.

**Defendant**

Hitachi Display Corporation

**Defendant**

Hitachi America, LTD.

**Defendant**

IDTECH Co., LTD.

**Defendant**

IDTECH USA, Inc.

**Defendant**

IPS Alpha Technology, LTD.

**Defendant**

LG. Philips LCD Co., LTD

**Defendant**

LG. Philips LCD America, Inc

**Defendant**

Matsushita Electric Industrial Co., LTD.

**Defendant**

Panasonic Corporation of North America

**Defendant**

Mitsubishi Electric Corporation

**Defendant**

Mitsubishi Electric & Electronics USA, Inc.

**Defendant**

NEC Electronics Corporation

**Defendant**

NEC Electronics America, Inc.

**Defendant**

NEC LCD Technologies, LTD.

**Defendant**

Samsung Electronics America, Inc.

**Defendant**

Samsung Electronics Company, LTD.

**Defendant**

Sanyo Electric Co., LTD.

**Defendant**

Sanyo North America Corporation

**Defendant**

EPSON Imaging Devices Corporation

**Defendant**

EPSON America, Inc.

**Defendant**

Seiko EPSON Corporation

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

SLCD Corporation

**Defendant**

Syntax Brillian Corp

**Defendant**

Toshiba Corporation

**Defendant**

Toshiba America, Inc.

**Defendant**

Toshiba Matsushita Display Technology Co, LTD.

**Defendant**

John Does 1-100

**Defendant**

EPSON Electronics America, Inc.

**Defendant**

Hitachi Displays,LTD

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2007 | 1 | COMPLAINT *(Class Action)* against all defendants (Filing fee $ 350.), filed by all plaintiffs.(Gonzalez-Nogueras, Jose) Additional attachment(s) added on 3/15/2007 (jms, ). (Entered: 03/12/2007) |
| 03/15/2007 | | ***Set Judge Flag*** (jms, ) (Entered: 03/15/2007) |
| 03/16/2007 | 2 | INFORMATIVE Motion regarding Letter requesting the case of caption be deemed related to the civil case identified as In re TFT-LCD (Flat Panel) Antitrust Litigation, Civil No.: MDL-1827 before the Judicial Panel on Multidistrict Litigation filed byJose R. Gonzalez-Nogueras on behalf of all plaintiffs (Attachments: # 1 Exhibit 1)(Gonzalez-Nogueras, Jose) (Entered: 03/16/2007) |
| 03/19/2007 | 3 | ENDORSED ORDER NOTING 2 Plaintiff's INFORMATIVE motion. Plaintiff shall keep the Court abreast of any developments relating to this motion. Signed by Judge Jaime Pieras, Jr. on 3/19/07. (lcs) (Entered: 03/19/2007) |
| 03/23/2007 | | This case is related to MDL-1827 In Re: TFT-LCD (Flat Panel) Antitrust Litigation. (su, ) (Entered: 03/23/2007) |
| 05/15/2007 | 4 | LETTER from MDL Judicial Panel informing case will be transferred to the Northern District of California, signed by Jeffery N. Luthi, Clerk of the Panel. Attachments: copy of MDL CTO-1, docket no. 1827, Schedule of Actions, list of involved counsel, list of involved judges, and list of involved clerks. This transfer Order will become effective when we receive the letter from the transferee court. (li) (Entered: 05/16/2007) |