```
 1  LINGEL H. WINTERS, ESQ. (SBN 37759)
    LAW OFFICES OF LINGEL H. WINTERS
 2  A PROFESSIONAL CORPORATION
    One Maritime Plaza, Suite 400
 3  San Francisco, CA 94111
    Telephone:    (415) 398-2941
 4  Facsimile:    (415) 393-9887

 5  GIRARDI & KEESE
    THOMAS V. GIRARDI (SBN 36603)
 6  1126 Wilshire Blvd.
    Los Angeles, CA 90017-1904
 7  Telephone (213) 977-0211

 8  Attorneys for Plaintiff and the Putative Class
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | **MDL No. M:07-cv-01827 SI**<br>**Case No. 07-cv-2796 SI**<br>**CLASS ACTION** |
| *EMW, Inc. v. LG Philips LCD CO., LTD et al.*<br>Case No. C-07-2796 SI<br><br>THIS DOCUMENT RELATES TO<br><br>ALL INDIRECT PURCHASER ACTIONS | **ORDER SHORTENING TIME**<br><br>Date: July 10, 2007<br>Time: 10:00 a.m.<br><br>Hon. Susan Illston<br>Courtroom: 10 |

Upon reviewing and considering the Motion for Order Shortening Time of plaintiff EMW, Inc. filed herein, time is hereby ordered shortened for the Court to hear plaintiff's Motion to Appoint Interim Class Counsel For the California Indirect Purchasers Subgroup on July 10, 2007 at 10:00 a.m.

Dated:_____2007

_____

Hon. Susan Illston

UNITED STATES DISTRICT COURT