Jose R. Gonzalez
JIMÉNEZ, GRAFFAM & LAUSELL
P.O. BOX 366104
SAN JUAN, P.R. 00936-6104
Tel. (787)767-1030
FAX (787)751-4068
jgonzalez@jgl.com
*Attorneys for Plaintiff Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT (FLAT PANEL) ANTITRUST LITIGATION <br><br> This Document Relates Only to: <br> CASE NO. C07 02957 <br> Indirect Purchaser Action | Master Docket File No. M:07-cv-01827-SI <br> MDL No. 1827 <br><br> **PLAINTIFF OSCAR CINTRON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 25, 2007            */s/ Jose R. Gonzalez*
                                      Jose R. Gonzalez,
                                      JIMÉNEZ, GRAFFAM & LAUSELL
                                      P.O. BOX 366104
                                      SAN JUAN, P.R. 00936-6104
                                      Tel. (787)767-1030
                                      FAX (787)751-4068
                                      jgonzalez@jgl.com
                                      *Attorneys for Plaintiff Class*

Plaintiff Carlos R. Carrillo's Certification Of Interested Entities Or Persons                Case No. M:07-CV-01819
Pursuant To Local Rule 3-16

1  OF COUNSEL:

2  Wyatt B. Durrette, Jr., VA Bar #04719
   Christine A. Williams, VA Bar #47074
3  Christopher Hill
   DURRETTEBRADSHAW, PLC
4  600 E. Main Street, 20th Floor
   Richmond, VA 23219-2430
5  Tel: (804) 775-6900
6  Fax: (804) 775-6911
   wdurrette@durrettebradshaw.com
7  cwilliams@durrettebradshaw.com
   chill@durrettebradshaw.com
8

9  Richard L. Coffman, TX Bar #04497460
   THE COFFMAN LAW FIRM
10 1240 Orleans Street, Suite 200
   Beaumont, TX 77701
11 Tel: (409) 832-4767
   Fax: (866) 835-8250
12 rc@cofflaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Plaintiff Carlos R. Carrillo's Certification Of Interested Entities Or Persons   Case No. M:07-CV-01819
   Pursuant To Local Rule 3-16